# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL, | CASE NO. 1:09-cv-02114-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | (Doc. 18) |
| G. FLIPPO, et al., | |
| Defendants. / | |

On November 23, 2010, Plaintiff Horace Bell, a state prisoner who was proceeding pro se in this civil action, filed a motion setting forth a bare request for summary judgment. This action was remanded to Kern County Superior Court on January 6, 2010, following the dismissal of Plaintiff's federal claims, and Plaintiff's subsequent appeal was dismissed by the United States Court of Appeals for the Ninth Circuit on June 2, 2010.

This case is closed, and Plaintiff's inappropriately filed motion for summary judgement is ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   November 24, 2010**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1